# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 21046** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Brian G. NASH** | ) | |
| **Staff Sergeant (E-5)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 3 December 2021, Appellant submitted a Motion to Withdraw from Appellate Review and Attach Document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel. However, on page one of the form, in the last paragraph, Appellant neglected to cross out "waive my rights to appellate review." As Appellant's case is docketed with our court, we find Appellant's intent is to "withdraw" from appellate review and Appellant's failure to cross out the inapplicable language was merely an oversight. On 6 December 2021, the Government requested we grant Appellant's motion.

Accordingly, it is by the court on this 9th day of December, 2021,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach Document is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

NATALIA A. ESCOBAR, Capt, USAF
Deputy Clerk of the Court